UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00930-JWH-SK | | Date | April 23, 2026 |
|---|---|---|---|---|
| Title | *Abdugapur Turgunov v. Warden, Adelanto ICE Processing Center* | | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    ORDER DENYING PETITIONER'S RENEWED MOTION FOR A TEMPORARY RESTRAINING ORDER [ECF No. 18]**

Before the Court is the Renewed Motion of Petitioner Abdugapur Turgunov for a Temporary Restraining Order (a "TRO") to enjoin Respondents from continuing to detain him.[1]  The Court concludes that this matter is appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  After considering the papers filed in support and in opposition,[2] the Court **DENIES** Turgunov's Motion, for the reasons set forth below.

In view of the high volume of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05 (the "General Order").[3]  Pursuant to

---

[1]    Pl.-Pet.'s Renewed Mot. for TRO (the "Motion") [ECF No. 18].

[2]    The Court considered the documents of record in this action, including the following papers:  (1) Motion; (2) Pl.-Pet.'s Pet. (the "Petition") [ECF No. 1]; (3) Def.-Resps.' Opp'n to the Motion (the "Opposition") [ECF No. 19].

[3]    *See* https://www.cacd.uscourts.gov/sites/default/files/general-orders/GO%2026-05.pdf.

| Page 1 of 2 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk <u>cla</u> |
|---|---|---|

the General Order, petitions for writs of habeas corpus are decided on an expedited schedule by the assigned Magistrate Judge.[4]  In view of the expedited briefing schedule for the underlying Petition, the Court is not convinced that emergency relief is necessary in this instance.  Any delay that may result from awarding Turgunov relief based upon the Petition alone would be minimal.  Thus, the Court concludes that Turgunov is not entitled to emergency preliminary relief at this time.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (A petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief.").  Accordingly, Turgunov's Motion is **DENIED**.

For those reasons, the Court hereby **ORDERS** as follows:

1.	Turgunov's instant Motion [ECF No. 18] is **DENIED without prejudice**.

2.	The briefing schedule on Turgunov's Petition is **SET** in accordance with the General Order.

3.	Proceedings on the merits of Turgunov's underlying Petition will **CONTINUE** before the Magistrate Judge assigned to this case for either the recommended disposition of the Petition or its final disposition, in accordance with 28 U.S.C. § 636(c) and the General Order.

**IT IS SO ORDERED.**

---

[4]	*Id.* at ¶¶ 2–4.

**CIVIL MINUTES— GENERAL**

Initials of Deputy Clerk cla