JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ABDUGAPUR TURGUNOV,
Petitioner,
v.
WARDEN ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-930-SK

**JUDGMENT**

Pursuant to the Order Dismissing in Part and Denying in Part Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: August 6, 2026

STEVE KIM
United States Magistrate Judge